UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| STORMWATERX, LLC<br>8912 ne Alderwood Road<br>Portland, OR  97220<br><br>         Plaintiff,<br><br>     vs.<br><br>MIDWEST SCRAP MANAGEMENT<br>8116 Wilson Road<br>Kansas City, MO  64125,<br><br>         Defendant. | Case No. 3:23-cv-01351<br><br>Judge |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Stormwaterx, LLC, states that it is wholly owned by Newterra Corporation, Inc., but that no publicly held corporation owns 10% or more of its stock.

In addition, LR 7.1-1 is inapplicable to the extent it requires the disclosure of the citizenship of the parties' owners/members/partners, as each party is a corporation.

DATED: 9/18/2023

                                           BENESCH FRIEDLANDER COPLAN &
                                           ARONOFF LLP

                                           By:/s/Martha J. Payne
                                                 Martha J. Payne OSB # 85239
                                                 Benesch Friedlander Coplan &
                                                 Aronoff, LLP
                                                 225 Escondido
                                                 Lincoln City, Oregon 97367
                                                 Phone: (541) 764-2859
                                                 Fax: (216) 363-4588

                                                 Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2012, a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system as well as ordinary US postage prepaid mail. Parties may access this filing through the Court's system.

By: /s/Martha J. Payne
Martha J. Payne OSB # 85239

Attorney for Plaintiff